SENRICK S. WILKERSON 1885146  77,138-31
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

May 4, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

RE: No Justice

Dear Court of Criminal Appeals,
    I am attaching an envelope from Dallas County, that is addressed to me. The address is correct. Exhibit A.
    Dallas County is apart of this conspiracy to keep me illegally locked up for crimes that I was never once arrested for, never once arraigned for, and never committed. This shows evidence of mail fraud, and mail tampering. I have an envelope from Felicia Pitre, that was received by the District Clerk's office of Dallas County. One of their agents opened the envelope from me; date stamped the documents that I mailed inside; placed their response inside of the envelope that I mailed, along with the date stamped documents; taped up the envelope that I mailed; hand-wrote RTS on the envelope; and the yellow stickers show "return to sender, address unknown." This is more proof to show how Dallas County has formed a conspiracy to keep me illegally in prison. Please respond.

Sincerely
Senrick Wilkerson

P.S.
Safeguard my Liberty

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL
COURT OF APPEALS IN
AUSTIN, TEXAS

## APPLICANT'S FACTS UNDER PENALTY
## OF PERJURY

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, SENRICK WILKERSON, Applicant in the above styled and numbered causes, and files this, his Motion of Facts under penalty of perjury pro se, respectfully showing the following:

I.

"I, Senrick Wilkerson, TDCJ No. 1885146, do state that these following facts are true and correct:

I was never once arrested, never once arraigned, never once taken before any Magistrate Judge, never once informed of any rights to an examining trial or any rights to an attorney, never given any opportunity to post bail, never read any Miranda Rights, and never once participated in any first preliminary initial appearances for F10-01183 sexual performance by a child & F10-01184 sexual assault on a child, as is required by Texas Law. See Article 15.17 CODE CRIM. PROC. But Dallas County District Clerk's office is showing these four(4) different arrest dates from these two(2) tainted sex offenses:

1. The Judgment of CONVICTION BY JURY & NOTICE OF DISPOSITION documents show the arrest date as 9/7/2008, and released on bail, on 9/8/2008.
The only offenses that I was arrested for, on 9/7/2008, were F08-60213 compelling prostitution & F08-60222 AGG promotion of prostitution. And I was released on bail, on 9/8/2008.

2. The Judicial Information & Criminal History Record documents show an arrest date as 12/17/2010.

3. Former U.S. District Court Magistrate Judge Jeff Kaplan stated in his findings, that I was arrested in <u>September of 2010</u>. See Case No. 3:11-CV-00659-B, page ID 53.

4. The Capias arrest warrants show an arrest date as <u>Dec. 23, 2010</u>. The warrants were issued on 11/29/2010 by the State. On 11/29/2010, the Dallas County District Clerk's office stamped this notation on each warrant: DISMISSED ON MOTION OF DISTRICT ATTORNEY."

II.

"For four (4) years, and five (5) months, I have been trying to get a copy of the Trial Transcripts, the Reporter's record, and the Clerk's record. I never received them from the 'Special Master', appeals counselor Mrs. Lori Ordiway. Lori Ordiway was hired on February 11, 2011, and she filed a motion on my behalf to receive the Records/Trial Transcripts for free, because I was/am indigent. Lori Ordiway promised me copies, but she never gave me those Records. Therefore, my PDR was filed without any Records, and so was my 11.07's, and my 2254 Federal Habeas Corpus.

In September of 2013, I filed for an appeal for the denial of the Chapter 64 DNA Testing. Dallas County took nearly eight (8) months before they filed the Clerk's record from cause Nos. F10-01183 & F10-01184. Finally, after I was assigned another appeals lawyer, the Clerk's record was filed with the Court of Appeals in Dallas, in May of 2014. Appeals counselor Michael Mowla forwarded me a copy of the incomplete Clerk's record in June of 2014. This is when I had discovered the granted motion for New Trial, that identifies the parties, shows cause Nos. F08-60213, F10-01183 & F10-01184, and show the judge's signature under ORDER, after granted was circled. The incomplete Clerk's record from cause

NOS. F10-01183 & F10-01184, is the only records that I have ever received.

In any event Dallas County has confirmed that the files are missing from cause Nos. F10-01183 & F10-01184. They also confirmed that there are no complaint affidavits, no probable cause info., no arrest reports, no arraignment info., and no first preliminary initial appearance information from them. Prosecutor Brooke B. Grona-Robb fraudulently forged those indictments because both tainted sex offenses were never once taken before any Magistrate Judge or grand jury. These convictions are ILLEGAL."

### III.

"I have filed motions for Nunc Pro Tunc, and Dallas County continues to violate my due process. I never committed any crimes against the complainant Destiny Rae Austin. Austin was coerced into giving tainted testimony, each time she had been arrested. I am requesting that the Court of Criminal Appeals to ORDER Dallas County to schedule an Evidential Hearing (7) days upon receipt of this Motion, and Bench Warrant me back to Dallas County to be present. Also, I request that an attorney be assigned to me who is effective.

I, Senrick Wilkerson, TDCJ No. 1885146, being presently illegally incarcerated in Ramsey I Unit, do state the following facts above are true and correct under penalty of perjury."

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Court will do something about these illegal convictions.

Respectfully submitted,

SENRICK WILKERSON (PRO SE)
TDCJ 1885146
Ramsey I Unit 7E-2-177
1100 FM 655
Rosharon, TX 77583

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeals, P.O. BOX 12308, Austin, TX 78711.

SENRICK WILKERSON

P.S.
Safeguard my Liberty

Page 3 of 3

Felicie Pitre



GARY FITZSIMMONS
DISTRICT CLERK
Frank Crowley Courts Building
133 N. Industrial Blvd. LB 12
Dallas, Texas 75207-4313

Exhibit
A

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
02 1R
000 20 10651   F   $
MAILED FROM ZIP

SENRICK WILKERSON
RAMSEY UNIT - #1885146
1100 FM 655
ROSHARON, TX 7758

* 773 DE 1009N C72203/0
UNABLE TO FORWARD/FOR REVIEW
**R00

21

BC: 775837670 DU   *05593-01971-